IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 03-cr-00614-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR ARRIOLA,

    Defendant.

---

## MINUTE ORDER[1]

---

On January 19, 2012, the court conducted a telephonic setting conference with counsel to reset the Sentencing Hearing as to this defendant. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Sentencing Hearing as to defendant Oscar Arriola is set for Friday, **April 13, 2012,** commencing at 1:30 p.m., the court reserving the remainder of the afternoon for the hearing;

2. That counsel and the defendant shall appear at the Sentencing Hearing without further notice or order; and

3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: January 19, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.